IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID LITTLE, II, | * |
|         Petitioner, | * |
| v. | Case No. 5:24-cv-00131-TES-CHW |
| | * |
| BRADFORD RIGBY, *District Attorney* | * |
|         Respondent. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of September, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk